UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

HOMER KING,                                          )
            Plaintiff,                               )
                                                     )
v.                                                   )        No. 3:09-CV-144
                                                     )        (Phillips/Shirley)
MICHAEL J. ASTRUE,                                   )
COMMISSIONER OF SOCIAL SECURITY,                     )
            Defendant.                               )

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 20] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Commissioner's motion for summary judgment [Doc. 15] is **DENIED;** the plaintiff's motion for summary judgment [Doc. 11] is **GRANTED in part;** whereby this case is **REMANDED** to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

ENTER:

_____ s/ Thomas W. Phillips _____
United States District Judge